252 So.2d 448

**Arlene King BABINEAUX**

v.

**PERNIE-BAILEY DRILLING COMPANY, et al.**

**No. 51569.**

Sept. 23, 1971.

In re: Arlene King Babineaux applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 250 So.2d 224.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

■

252 So.2d 449

**Walter A. HARKINS et al.**

v.

**STATE of Louisiana, Through the Louisiana Board and/or DEPARTMENT OF HIGHWAYS.**

**No. 51556.**

Sept. 23, 1971.

In re: State of Louisiana, through the Department of Highways applying for cer-
tiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of St. Landry. 247 So.2d 644.

Writ denied. On the facts found by the Court of Appeal we find no error of law in the judgment complained of.

McCALEB, C. J., believes that the application should be granted.